KC MCH USAO# 2023R00373

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. __JRR-23-201__ |
| | * | |
| v. | * | (Possession with the Intent to Distribute |
| | * | Controlled Substances, 21 U.S.C. |
| **FLEANCE TYRONE ARCHIE, JR.,** | * | § 841(a)(1); Aiding and Abetting, 18 |
| | * | U.S.C. § 2; Forfeiture, 21 U.S.C. § 853, |
| Defendant. | * | 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |

*****

## INDICTMENT

### COUNT ONE
(Possession With the Intent to Distribute Narcotics)

The Grand Jury for the District of Maryland charges that:

On or about February 9, 2023, in the District of Maryland, the defendant,

**FLEANCE TYRONE ARCHIE, JR.,**

did knowingly, intentionally and unlawfully possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance; 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and 500 grams or more of a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction(s) on any of the offenses set forth in Count One of this Indictment.

2. Upon conviction of the offense alleged in Count One, the defendant,

**FLEANCE TYRONE ARCHIE, JR.,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

**Substitute Assets**

3. Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been comingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

_____  **SIGNATURE REDACTED**   6/6/23
Foreperson                                           Date